# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1167**                                             **September Term, 2024**

NHTS-90FR24518

**Filed On: August 7, 2025** [2129105]

Zero Emission Transportation Association,

      Petitioner

   v.

National Highway Traffic Safety
Administration, et al.,

      Respondents

## **N O T I C E**

      This case was docketed on August 6, 2025. The National Highway Traffic Safety Administration is hereby notified that the attached is a true copy of the petition for review, which was filed on August 6, 2025, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

      The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                                BY:    /s/
                                                   Elbert B.J. Lestrade
                                                   Deputy Clerk

Attachment:
      Certified Copy of Petition for Review